IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40834
Conference Calendar
_____

JACK DAVID COX,

                                        Petitioner-Appellant,

versus

JONATHAN DOBRE, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CV-382
--------------------
June 14, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:*

     Jack David Cox (federal prisoner #07269-062) appeals the
district court's dismissal of his 28 U.S.C. § 2241 petition as
being an impermissible attempt to circumvent the successive
requirements of 28 U.S.C. § 2255.  Cox, however, does not
challenge the district court's basis for dismissal and,
consequently, has waived any challenge to the district court's
dispositive ruling.  See Yohey v. Collins, 985 F.2d 222, 224-25
(5th Cir. 1993).  Accordingly, the district court's judgment is
AFFIRMED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.